EXHIBIT A

US009547981B1

(12) **United States Patent**
Harold

(10) Patent No.: **US 9,547,981 B1**
(45) Date of Patent: **\*Jan. 17, 2017**

(54) **SYSTEM, METHOD AND APPARATUS FOR USING A WIRELESS DEVICE TO CONTROL OTHER DEVICES**

(71) Applicant: **Sockeye Licensing TX LLC**, Glenview, IL (US)

(72) Inventor: **Michael D. Harold**, Shreveport, LA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **14/531,641**

(22) Filed: **Nov. 3, 2014**

**Related U.S. Application Data**

(60) Continuation of application No. 13/418,829, filed on Mar. 13, 2012, now Pat. No. 8,879,987, which is a division of application No. 11/898,912, filed on Sep. 17, 2007, now Pat. No. 8,135,342.

(60) Provisional application No. 60/844,645, filed on Sep. 15, 2006.

(51) **Int. Cl.**
**H04B 5/00** (2006.01)
**G08C 17/02** (2006.01)

(52) **U.S. Cl.**
CPC ........... **G08C 17/02** (2013.01); *G08C 2201/20* (2013.01); *G08C 2201/30* (2013.01)

(58) **Field of Classification Search**
CPC ................................................. H04W 4/001
USPC .................. 455/41.1, 41.2, 41.3, 557, 556.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,658,093 A | 4/1987 | Hellman | |
| 4,751,578 A | 6/1988 | Reiter | |
| 4,930,158 A | 5/1990 | Vogel | |
| 5,191,573 A | 3/1993 | Hair | |
| 5,307,055 A | 4/1994 | Baskin | |
| 5,550,754 A | 8/1996 | McNelley | |
| 5,553,864 A | 9/1996 | Sitrick | |
| 5,557,320 A | 9/1996 | Krebs | |

(Continued)

OTHER PUBLICATIONS

U.S. Appl. No. 60/844,645, filed Sep. 15, 2006; inventor: Michael D. Harold.

(Continued)

*Primary Examiner* — Sanh Phu
(74) *Attorney, Agent, or Firm* — Eugenio J. Torres-Oyola; Victor Rodriguez-Reyes; Rafael Rodriguez-Muriel

(57) **ABSTRACT**

A system, method and apparatus which permits the use of a wireless cell phone or other communications device as a connection, communications and control device able to connect a full-sized desktop monitor or other digital display device, keyboard, mouse, speakers, printer and other external devices to a wireless cell phone device using any combination of wireline or wireless connections from the desktop devices to the wireless cell phone device. The wireless cell phone device is used to create an Internet or other network connection capable of accessing any browser-based web site or browser-based software application, e.g., via an Internet connection. Once the connections between the components are established with the wireless cell phone device and the Internet connection is established components. Access to Internet software, services and media includes all forms of browser-based desktop software, as well as digital movies, music, and streaming video.

**16 Claims, 9 Drawing Sheets**



## US 9,547,981 B1
Page 2

(56)　　　　　**References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,794,164 | A | 8/1998 | Beckert |
| 5,842,141 | A | 11/1998 | Vaihoja |
| 5,903,264 | A | 5/1999 | Moeller |
| 5,930,250 | A | 7/1999 | Klok |
| 5,959,536 | A | 9/1999 | Chambers |
| 5,963,916 | A | 10/1999 | Kaplan |
| 6,046,760 | A | 4/2000 | Jun |
| 6,128,500 | A | 10/2000 | Veijola |
| 6,130,726 | A | 10/2000 | Darbee |
| 6,175,922 | B1 | 1/2001 | Wang |
| 6,240,392 | B1 | 5/2001 | Butnaru |
| 6,243,596 | B1 | 6/2001 | Kikinis |
| 6,263,505 | B1 | 7/2001 | Walker |
| 6,363,419 | B1 | 3/2002 | Martin, Jr. |
| 6,437,836 | B1 | 8/2002 | Huang |
| 6,459,175 | B1 | 10/2002 | Potega |
| 6,470,180 | B1 | 10/2002 | Kotzin |
| 6,475,146 | B1 | 11/2002 | Frelburger |
| 6,477,117 | B1 | 11/2002 | Narayanaswami |
| 6,553,236 | B1 | 4/2003 | Dunko |
| 6,553,355 | B1 | 4/2003 | Arnoux |
| 6,559,769 | B2 | 5/2003 | Anthony |
| 6,622,015 | B1 | 9/2003 | Himmel |
| 6,665,871 | B1 | 12/2003 | Macrae |
| 6,675,196 | B1 | 1/2004 | Kronz |
| 6,708,086 | B2 | 3/2004 | Richard |
| 6,714,797 | B1 | 3/2004 | Rautila |
| 6,715,679 | B1 | 4/2004 | Infosino |
| 6,725,060 | B1 | 4/2004 | Chhatriwala |
| 6,741,841 | B1 | 5/2004 | Mitchell |
| 6,871,188 | B2 | 3/2005 | De Souza |
| 6,895,559 | B2 | 5/2005 | Forder |
| 6,914,695 | B2 | 7/2005 | Walters |
| 6,947,067 | B2 | 9/2005 | Halttunen |
| 6,956,833 | B1 | 10/2005 | Yukie |
| 6,957,041 | B2 | 10/2005 | Christensen |
| 7,002,265 | B2 | 2/2006 | Potega |
| 7,013,288 | B1 | 3/2006 | Reifel |
| 7,055,169 | B2 | 5/2006 | Delpuch |
| 7,057,635 | B1 | 6/2006 | Naden |
| 7,065,559 | B1 | 6/2006 | Weiss |
| 7,113,981 | B2 | 9/2006 | Slate |
| 7,136,709 | B2 | 11/2006 | Arling |
| 7,143,353 | B2 | 11/2006 | McGee |
| 7,222,154 | B2 | 5/2007 | Dowling |
| 7,233,781 | B2 | 6/2007 | Hunter |
| 7,281,261 | B2 | 10/2007 | Jaff |
| 7,310,812 | B2 | 12/2007 | Kato |
| 7,343,157 | B1 | 3/2008 | Mitchell |
| 7,343,165 | B1 | 3/2008 | Obradovich |
| 7,344,084 | B2 | 3/2008 | daCosta |
| 7,348,967 | B2 | 3/2008 | Zadesky |
| 7,383,061 | B1 | 6/2008 | Hawkins |
| 7,389,273 | B2 | 6/2008 | Irwin |
| 7,412,441 | B2 | 8/2008 | Scott, III |
| 7,424,218 | B2 | 9/2008 | Baudisch |
| 7,426,532 | B2 | 9/2008 | Bell |
| 7,451,177 | B1 | 11/2008 | Johnson |
| 7,458,825 | B2 | 12/2008 | Atsmon |
| 7,493,643 | B2 | 2/2009 | Ellis |
| 7,493,647 | B2 | 2/2009 | White |
| 7,496,540 | B2 | 2/2009 | Irwin |
| 7,505,482 | B2 | 3/2009 | Adamczyk |
| 7,539,472 | B2 | 5/2009 | Sloo |
| 7,542,878 | B2 | 6/2009 | Nanikashvili |
| 7,548,875 | B2 | 6/2009 | Mikkelsen |
| 7,580,005 | B1 | 8/2009 | Palin |
| 7,613,657 | B2 | 11/2009 | Cesarini |
| 7,633,913 | B2 | 12/2009 | Mansour |
| 7,634,296 | B2 | 12/2009 | Haeusel |
| 7,719,567 | B2 | 5/2010 | Renkis |
| 7,734,155 | B2 | 6/2010 | Hanson |
| 7,769,764 | B2 | 8/2010 | Ramer |
| 7,796,982 | B2 | 9/2010 | Mohanty |
| 7,812,986 | B2 | 10/2010 | Graham |
| 7,817,621 | B2 | 10/2010 | Boys |
| 7,827,491 | B2 | 11/2010 | Tran |
| 7,849,154 | B2 | 12/2010 | Grecco |
| 7,873,317 | B2 | 1/2011 | Hamadi |
| 7,899,492 | B2 | 3/2011 | Wang |
| 7,900,229 | B2 | 3/2011 | Dureau |
| 7,911,493 | B2 * | 3/2011 | Sarma ................. H04L 12/5895 |
| | | | 348/14.01 |
| 7,925,298 | B2 | 4/2011 | Chen |
| 7,950,037 | B2 | 5/2011 | Mensch |
| 7,962,854 | B2 * | 6/2011 | Vance ................. H04M 1/7253 |
| | | | 455/556.1 |
| 8,010,988 | B2 | 8/2011 | Cox |
| 8,019,883 | B1 | 9/2011 | Margulis |
| 8,050,782 | B2 | 11/2011 | Fällman et al. |
| 8,063,923 | B2 | 11/2011 | Lilleness |
| 8,135,342 | B1 | 3/2012 | Harold |
| 8,190,790 | B2 | 5/2012 | Kanada |
| 8,208,850 | B2 | 6/2012 | Jung |
| 8,365,306 | B2 | 1/2013 | Maes |
| 8,392,618 | B2 | 3/2013 | Postma |
| 8,424,048 | B1 | 4/2013 | Lyren |
| 8,471,903 | B2 | 6/2013 | Diroo |
| 8,577,953 | B2 | 11/2013 | Roche |
| 8,589,548 | B2 | 11/2013 | Karaoguz |
| 8,601,519 | B1 | 12/2013 | Hicks, III |
| 8,620,207 | B1 | 12/2013 | Harold |
| 8,631,451 | B2 | 1/2014 | Bennett |
| 8,635,073 | B2 | 1/2014 | Chang |
| 8,656,431 | B2 | 2/2014 | Cavicchia |
| 8,706,627 | B2 | 4/2014 | Shore |
| 8,711,866 | B2 | 4/2014 | Shmueli |
| 8,856,278 | B2 | 10/2014 | Rohani |
| 8,879,987 | B1 * | 11/2014 | Harold ................. H04W 4/001 |
| | | | 358/1.15 |
| 8,886,759 | B2 | 11/2014 | Randall |
| 9,083,564 | B2 | 7/2015 | McCarthy |
| 9,152,982 | B2 | 10/2015 | Roth |
| 9,193,375 | B2 | 11/2015 | Schramm |
| 9,247,208 | B2 | 1/2016 | Gemelos |
| 2001/0035903 | A1 | 11/2001 | Trane |
| 2001/0054066 | A1 | 12/2001 | Spitzer |
| 2001/0056578 | A1 | 12/2001 | Hwang |
| 2002/0010584 | A1 | 1/2002 | Schultz |
| 2002/0022499 | A1 | 2/2002 | Newman |
| 2002/0049037 | A1 | 4/2002 | Christensen |
| 2002/0054345 | A1 | 5/2002 | Tomida |
| 2002/0059637 | A1 | 5/2002 | Rakib |
| 2002/0069132 | A1 | 6/2002 | Perkes |
| 2002/0073428 | A1 | 6/2002 | Gurevich |
| 2002/0090980 | A1 | 7/2002 | Wilcox |
| 2002/0094845 | A1 | 7/2002 | Inasaka |
| 2002/0144282 | A1 | 10/2002 | van Ee |
| 2002/0147769 | A1 | 10/2002 | Levitan |
| 2002/0151327 | A1 | 10/2002 | Levitt |
| 2003/0004833 | A1 | 1/2003 | Pollak |
| 2003/0005136 | A1 | 1/2003 | Eun |
| 2003/0023504 | A1 | 1/2003 | Berenson |
| 2003/0030751 | A1 | 2/2003 | Lupulescu |
| 2003/0064759 | A1 | 4/2003 | Kurokawa |
| 2003/0069921 | A1 * | 4/2003 | Lamming ................. G06F 17/30905 |
| | | | 709/203 |
| 2003/0098869 | A1 | 5/2003 | Arnold |
| 2003/0126017 | A1 | 7/2003 | Rau |
| 2003/0145183 | A1 | 7/2003 | Muehring |
| 2003/0151538 | A1 | 8/2003 | Escobosa |
| 2003/0208764 | A1 | 11/2003 | Galipeau |
| 2003/0226149 | A1 | 12/2003 | Chun |
| 2004/0024652 | A1 | 2/2004 | Buhse |
| 2004/0044725 | A1 | 3/2004 | Bell |
| 2004/0117786 | A1 | 6/2004 | Kellerman |
| 2004/0171378 | A1 | 9/2004 | Rautila |
| 2004/0181454 | A1 | 9/2004 | Manno |
| 2004/0204194 | A1 | 10/2004 | Akai |
| 2004/0233930 | A1 | 11/2004 | Colby |
| 2004/0249062 | A1 | 12/2004 | Lecomte |
| 2004/0254940 | A1 | 12/2004 | Brush |
| 2004/0268413 | A1 | 12/2004 | Reid |
| 2005/0015285 | A1 | 1/2005 | Tamaki |

**US 9,547,981 B1**

Page 3

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2005/0036509 | A1 | 2/2005 | Acharya |
| 2005/0038876 | A1 | 2/2005 | Chaudhuri |
| 2005/0085257 | A1 | 4/2005 | Laird |
| 2005/0091359 | A1 | 4/2005 | Soin |
| 2005/0122435 | A1 | 6/2005 | Yunoki |
| 2005/0135393 | A1 | 6/2005 | Benco |
| 2005/0162699 | A1 | 7/2005 | Fukunaga |
| 2005/0182715 | A1 | 8/2005 | Kawahara |
| 2005/0183130 | A1 | 8/2005 | Sadja |
| 2005/0204019 | A1 | 9/2005 | Flynn |
| 2005/0286466 | A1 | 12/2005 | Tagg |
| 2006/0015925 | A1 | 1/2006 | Logan |
| 2006/0026302 | A1 | 2/2006 | Bennett |
| 2006/0037043 | A1 | 2/2006 | Kortum |
| 2006/0059098 | A1 | 3/2006 | Major |
| 2006/0070107 | A1 | 3/2006 | Renkis |
| 2006/0077310 | A1 | 4/2006 | Wang |
| 2006/0099953 | A1 | 5/2006 | Mansour |
| 2006/0105718 | A1 | 5/2006 | Ozluturk |
| 2006/0154687 | A1 | 7/2006 | McDowell |
| 2006/0166739 | A1 | 7/2006 | Lin |
| 2006/0184989 | A1 | 8/2006 | Slothouber |
| 2006/0190750 | A1 | 8/2006 | Maggi |
| 2006/0203758 | A1 | 9/2006 | Tee |
| 2006/0206582 | A1 | 9/2006 | Finn |
| 2006/0212906 | A1 | 9/2006 | Cantalini |
| 2006/0218226 | A1 | 9/2006 | Johnson |
| 2006/0234765 | A1 | 10/2006 | Herberger |
| 2006/0251115 | A1 | 11/2006 | Haque |
| 2006/0252432 | A1 | 11/2006 | Gruchala |
| 2006/0258289 | A1 | 11/2006 | Dua |
| 2006/0258342 | A1 | 11/2006 | Fok |
| 2006/0265423 | A1 | 11/2006 | Schinker |
| 2006/0270457 | A1 | 11/2006 | Lord |
| 2006/0271522 | A1 | 11/2006 | Scott |
| 2006/0280437 | A1 | 12/2006 | Logan |
| 2007/0002784 | A1 | 1/2007 | Edwards |
| 2007/0010289 | A1 | 1/2007 | Mezue |
| 2007/0011712 | A1 | 1/2007 | White |
| 2007/0025723 | A1 | 2/2007 | Baudisch |
| 2007/0060176 | A1 | 3/2007 | Sloo |
| 2007/0067808 | A1 | 3/2007 | daCosta |
| 2007/0079345 | A1 | 4/2007 | McEnroe |
| 2007/0083895 | A1 | 4/2007 | McCarthy |
| 2007/0086033 | A1 | 4/2007 | Tu |
| 2007/0093294 | A1 | 4/2007 | Serafat |
| 2007/0094691 | A1 | 4/2007 | Gazdzinski |
| 2007/0100981 | A1 | 5/2007 | Adamczyk |
| 2007/0124792 | A1 | 5/2007 | Bennett |
| 2007/0129056 | A1 | 6/2007 | Cheng |
| 2007/0136778 | A1 | 6/2007 | Birger |
| 2007/0140299 | A1 | 6/2007 | Hofmann |
| 2007/0155427 | A1 | 7/2007 | Tran |
| 2007/0157264 | A1 | 7/2007 | Garfinkle |
| 2007/0171891 | A1 | 7/2007 | Tran |
| 2007/0174471 | A1 | 7/2007 | Van Rossum |
| 2007/0180068 | A1 | 8/2007 | Haeuser |
| 2007/0192486 | A1 | 8/2007 | Wilson |
| 2007/0203979 | A1 | 8/2007 | Walker |
| 2007/0222734 | A1 | 9/2007 | Tran |
| 2007/0244750 | A1 | 10/2007 | Grannan |
| 2007/0250845 | A1 | 10/2007 | Walter |
| 2007/0250884 | A1 | 10/2007 | Qiu |
| 2007/0260604 | A1 | 11/2007 | Haeuser |
| 2007/0266410 | A1 | 11/2007 | Balfanz |
| 2007/0282969 | A1 | 12/2007 | Dietrich |
| 2007/0283385 | A1 | 12/2007 | Qiu |
| 2007/0288574 | A1 | 12/2007 | Koster |
| 2008/0004978 | A1 | 1/2008 | Rothschild |
| 2008/0016181 | A1 | 1/2008 | Burckart |
| 2008/0043641 | A1 | 2/2008 | Wilson |
| 2008/0057987 | A1 | 3/2008 | Landschaft |
| 2008/0065243 | A1 | 3/2008 | Fallman |
| 2008/0066131 | A1 | 3/2008 | Chang |
| 2008/0069120 | A1 | 3/2008 | Thomas |
| 2008/0082688 | A1 | 4/2008 | Yi |
| 2008/0125039 | A1 | 5/2008 | Glinka |
| 2008/0192806 | A1 | 8/2008 | Wyper |
| 2008/0214903 | A1 | 9/2008 | Orbach |
| 2008/0259039 | A1 | 10/2008 | Kocienda |
| 2008/0282295 | A1 | 11/2008 | Gabriel |
| 2009/0197652 | A1 | 8/2009 | Lundstrom |
| 2009/0231485 | A1 | 9/2009 | Steinke |
| 2009/0254659 | A1 | 10/2009 | Li |
| 2010/0017816 | A1 | 1/2010 | Martini |
| 2010/0255877 | A1 | 10/2010 | Sarma |

OTHER PUBLICATIONS

U.S. Appl. No. 11/889,941, filed Aug. 17, 2007; inventor; Michael D. Harold.
IPR2016-00989.
IPR2016-00985.
IPR2016-01052.
IPR2016-01053.
IPR2016-01054.

* cited by examiner



FIGURE 1



FIGURE 2A



FIGURE 2B



FIGURE 2C



FIGURE 3A



FIGURE 3B



FIGURE 3C



FIGURE 3D



Figure 4

US 9,547,981 B1

1

# SYSTEM, METHOD AND APPARATUS FOR USING A WIRELESS DEVICE TO CONTROL OTHER DEVICES

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation of U.S. patent application Ser. No. 13/418,829, filed Mar. 13, 2012, now U.S. Pat. No. 8,879,987, which is a divisional of U.S. patent application Ser. No. 11/898,912, filed Sep. 17, 2007, now U.S. Pat. No. 8,135,342, which, in turn, claims priority to U.S. Provisional application Ser. No. 60/844,645, filed Sep. 15, 2006, the entire contents of which are hereby incorporated by reference.

This application is also related to U.S. patent application Ser. No. 14/144,018, filed Dec. 30, 2013, which is a continuation of U.S. patent application Ser. No. 11/889,941, filed Aug. 17, 2007, now U.S. Pat. No. 8,620,207, which, in turn, claims priority to U.S. Provisional Application Ser. No. 60/838,438 filed Aug. 18, 2006, the entire contents of which are hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

Field of the Invention

The present invention relates generally to methods for using a wireless cell phone or other communications device in combination with a desktop computer monitor, keyboard and mouse to create a desktop computing environment. In particular, the invention relates to a system, method and apparatus in which the user of a wireless cell phone device establishes a direct connection with a desktop computer monitor, keyboard, mouse or other component using any combination of wireline connections and wireless connections. The present invention also relates to techniques for leveraging the use of a handheld communication device to other devices.

Description of the Related Art

Changes in the use and technological capabilities of wireless cell phone and other communications devices, e.g., Blackberry and Palm devices, have led to the rapid adoption of handheld cell phone devices as personal communications tools capable of supporting voice mail, email, calendars, contact lists and related applications. Handheld wireless devices are also commonly used to store and access music, videos and other forms of electronic entertainment and media. The increasing availability of Internet services and applications, particularly those that store a user's data in a computer server, data center or other location on the network independently of the user's handheld or desktop computer, and make that data available to other Internet or network-hosted services and applications, have given end-users the ability to access and store their important data, documents and applications on the Internet, e.g., using a browser in combination with their desktop computer hardware and software. With further technological advances, the traditional personal computer will be eclipsed by this on-going "off-shelving" process of moving data to more remote resources dedicated for this purpose.

Software applications, such as word processors, spreadsheets and database applications, generally require the use of a traditional desktop computer having a CPU, large amounts of random access memory, and one or more disk drives. Software applications and services available over the Internet, however, no longer require a high-performance CPU, large amounts of random access memory, a desktop computer disk drive or a traditional desktop computer operating system for their operation. What these Internet software applications and services do require to operate effectively is a sufficiently high bandwidth Internet or other network connection, a sufficiently capable browser, and standard desktop input and output devices, such as a digital display screen, keyboard and mouse, printer, and a speaker or a speaker system.

Although a number of companies, including Texas Instruments and Siemens, currently offer rudimentary products that allow a cell phone to project images, presentations and movies onto a wall or other nearby surface, Applicant is unaware of any product that allows a cell phone to transmit browser-based content to a nearby full-size digital display device, such as a computer monitor, or otherwise leverage the capabilities of the cell phone or other communications device in this matter.

In all cases where wireless cell phone devices are used to send and receive data, the user is confined to the use of the cell phone itself as a handheld computing device. None of the current methodologies for using a wireless cell phone device as a computer take into account the need or desire to have a full-size computer monitor or other full-size digital display device as a visual output device, as well as a full-size keyboard and full-size mouse device as user-operated input devices for manipulating data or issuing commands remotely through the handheld communications device. Specifically, the prior art fails to demonstrate any system, method or apparatus that disengages wireless cell phone and other communications device users from the ergonomic constraints of the small, low-resolution displays presently associated with handheld computing devices, and the small, portable keypad and control key input devices presently associated with handheld computing devices.

Furthermore, the prior art also fails to demonstrate any system, method or apparatus, whereby a wireless cell phone device may be used in place of a traditional computer, i.e., treat a wireless cell phone or other communications device as a thin client. In this instance, the thin client has only a TCP/IP software interface, browser software capable of supporting a high-resolution desktop monitor, the software device drivers necessary to allow desktop computer-based Internet software applications and services to communicate directly with the desktop monitor, keyboard, mouse, speakers and printer devices, and the peripheral communications hardware and software necessary to establish physical communications with the desktop monitor, keyboard, mouse, speakers and printer devices. In other words, this paradigm removes any requirements for the disk drives and other high-capacity storage mechanisms normally associated with desktop computers.

Furthermore, the prior art fails to demonstrate any system, method or apparatus that allows wireless cell phone users to access forms of digital media, including movies, music, and streaming video over the Internet or other network, and to display and otherwise transmit that media through the cell phone to full-size audio and video devices, such as desktop computer monitors, digital display screens and speaker systems directly or indirectly attached to the wireless cell phone device.

There is, therefore, a present need to provide an improved paradigm for using a wireless cell phone or other such communications device as a central component of a desktop or other such computing environment. For example, in the desktop environment this includes a desktop computer monitor or other full-size digital display device used as a visual output device, and a full-size desktop keyboard and

US 9,547,981 B1

3

mouse as a user input device, thereby allowing the wireless device user to overcome the aforementioned ergonomic and other constraints of existing handheld wireless devices, and better exploit the enhancements of the new wireless and other technologies offered, particularly as Web 3.0 concepts are enabled.

There is a further need to provide an improved paradigm for using a wireless cell phone or other communications device as a central component of a desktop or other such computing environment that includes, in addition to a desktop computer monitor and a desktop keyboard and mouse, the use of desktop speakers and a desktop printer.

## SUMMARY OF THE INVENTION

In contrast to the traditional model of wireless cell phone usage, the present invention involves a system, method and apparatus that permits the use of a wireless cell phone or other such communications device as a connection, communications and control device able to connect a full-sized desktop monitor or other digital display device, keyboard, mouse, speakers, printer and other components to a wireless cell phone device, using any combination of wireline or wireless connections from the desktop devices to the wireless cell phone device. The wireless cell phone device of the present invention is used to create an Internet or other network connection capable of accessing any browser-based web site or browser-based software application commonly accessible to a standard desktop computer having an Internet connection. Once the connections between the desktop monitor, keyboard, mouse, speakers, printer and/or other components are established with the wireless cell phone device, and the Internet connection is established with the wireless cell phone device, the user may access any browser-based web site or software application using the desktop monitor, keyboard, mouse, speakers and printer. Access to Internet software, services and media includes all forms of browser-based desktop software, as well as digital movies, music, and streaming video.

It is, accordingly, an object of the present invention to provide an improved paradigm for the use of a wireless cell phone or other such communications device as a connection, communications and controlling device for desktop devices, including a digital display monitor, keyboard and mouse, where these desktop devices are used to access and operate desktop browser-based software applications and software services available over the Internet.

It is another object of the present invention to provide an improved system, method and apparatus for the use of a wireless cell phone device as a connection, communications and controlling device for additional desktop devices, including, but not limited to, a desktop printer and a desktop speaker or speaker system, where these devices are used in conjunction with desktop browser-based software applications and software services available over the Internet.

It is another object of the present invention to provide an improved system, method and apparatus for a wireless cell phone device user to connect a desktop monitor, keyboard, mouse, printer and/or other components to a wireless cell phone device using any combination of wireline or wireless connections.

It is a further object of the present invention to provide an improved system, method and apparatus for a wireless cell phone device user to specify the devices to which the wireless cell phone will connect using any combination of hardware connection devices contained in the wireless cell

4

phone device and software connectivity options contained within the wireless cell phone device.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone device may be used to control the display of content on the desktop computer monitor through the use of browser software designed to display visual output on full-sized digital display devices, such as a desktop computer monitor or consumer display devices, e.g., television.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone device may be used to control output to an external speaker or a speaker system, a printer or other components through the use of software and hardware contained in the wireless cell phone device.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone or other communications device will use an Internet connection to access software programs and software services whose user interfaces can be displayed through a desktop computer monitor or other digital display device connected to the wireless cell phone device.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone device will combine the functions of an Internet access and communication device with those of a connection, communications and controlling device for a desktop monitor, keyboard, mouse, speakers and printer.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone device will, while under the control of an integrated wireless keyboard and mouse attached to the wireless cell phone device, provide Internet or other network access to various forms of digital streaming media including movies, music and video and to display and or otherwise transmit that media through the wireless cell phone device to full-size, high-resolution digital display devices and speakers or a speaker system.

It is a further object of the present invention to provide an improved system, method and apparatus, whereby a wireless cell phone device can, while simultaneously providing Internet or other network access to various forms of digital streaming media, including movies, music and video and displaying and or otherwise transmitting that media through the wireless cell phone device to full-size, high-resolution digital display devices and speakers or a speaker system, also be used as a handheld controller device to select and play said media.

## BRIEF DESCRIPTION OF THE DRAWINGS

A more complete understanding of the improved system, method and apparatus of the present invention may be obtained by reference to the following Detailed Description when taken in conjunction with the accompanying Drawings wherein:

FIG. 1 illustrates an exemplary Internet-based desktop computing environment using a wireless cell phone or other communications device in accordance with the principles of the present invention;

FIG. 2A illustrates another exemplary Internet-based desktop computing environment using a wireless cell phone device, in which various peripheral devices, including a desktop computer monitor, keyboard, mouse, speakers, printer and other external components, may be made to communicate with the wireless cell phone device using multiple wireline connections;

US 9,547,981 B1

5

FIG. **2**B illustrates a further exemplary Internet-based desktop computing environment using a wireless cell phone device in which various peripheral devices, including a desktop computer monitor, keyboard, mouse, speakers, printer and other external components, may be made to communicate with the wireless cell phone device using a wireless connection with the wireless cell phone device and any combination of wireline and wireless connections with the various peripheral devices;

FIG. **2**C illustrates another exemplary Internet-based desktop computing environment using a wireless cell phone device, in which various wireless peripheral devices, including a desktop computer monitor, keyboard, mouse, speakers, printer and other external components, may be made to communicate with the wireless cell phone device using a wireless connection with the wireless cell phone device and wireless connections with the various peripheral devices;

FIG. **3**A illustrates another exemplary Internet-based desktop computing environment using a wireless cell phone device, in which high-resolution, high bandwidth digital media including movies, music and streaming video may be transmitted through the wireless cell phone device to full-size audio and digital display devices, a speaker or a speaker system, and other external components attached to the wireless cell phone device through a combination of wire-line and wireless connections;

FIG. **3**B illustrates a further exemplary Internet-based desktop computing environment using a wireless cell phone device, in which high-resolution, high bandwidth digital media, including movies, music and streaming video, may be transmitted through the wireless cell phone device to full-size audio and digital display devices, a speaker or a speaker system, and other external components attached to the wireless cell phone device through a multiport wireless physical interface contained within the wireless cell phone device;

FIG. **3**C illustrates another exemplary Internet-based desktop computing environment using a wireless cell phone device, in which high-resolution, high bandwidth digital media, including movies, music and streaming video, may be transmitted through the wireless cell phone device to full-size audio and digital display devices, a speaker or a speaker system, and other external components attached to the wireless cell phone device through a combination of wireline and wireless connections, while at the same time the wireless cell phone device is used to select and play said media;

FIG. **3**D illustrates a further exemplary Internet-based desktop computing environment using a wireless cell phone or other communications device, in which high-resolution, high bandwidth digital media, including movies, music and streaming video, may be transmitted through the wireless cell phone device to full-size wireless audio and digital display devices, a speaker or a speaker system, and other external components attached to the wireless cell phone device through a multiport wireless physical interface contained within the wireless cell phone device, while at the same time the wireless cell phone device is used to select and play said media; and

FIG. **4** illustrates a further embodiment of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

The following detailed description is presented to enable any person skilled in the art to make and use the invention.

6

For purposes of explanation, specific nomenclature is set forth to provide a thorough understanding of the present invention. However, it will be apparent to one skilled in the art that these specific details are not necessarily required to practice the invention, and descriptions of specific applications are provided only as representative examples. Various modifications to the preferred embodiments will be readily apparent to one skilled in the art, and the general principles defined herein may be applied to other embodiments and applications without departing from the spirit and scope of the invention. The present invention is not intended to be limited to the embodiments shown, but is to be accorded the widest possible scope consistent with the principles and features disclosed herein.

The present invention relates generally to improved methods for using a wireless cell phone or other communications device in combination with a desktop computer monitor, a desktop printer and desktop speakers as output devices, and a desktop computer keyboard and desktop mouse as input devices to create a desktop computing environment. In particular, the invention relates to a method and system in which the user of a wireless cell phone device establishes a direct connection with a desktop computer monitor or other form of full-sized, high-resolution digital display device, a desktop keyboard and mouse, a desktop printer and a desktop speaker or speaker system using any combination of one or more wireline connections and one or more wireless connections set forth in more detail herein below and shown in the exemplary figures.

By enabling the wireless cell phone device to transmit visual output to the computer monitor, receive data input from the keyboard and mouse device, print output on the printer, and transmit sound to the speaker or speaker system, the wireless cell phone device can be made to operate as a traditional desktop computing environment, i.e., one having a full-sized computer screen, keyboard, mouse, printer and speakers. Applications normally associated with a desktop computing environment include, but are not limited to, word processing, spreadsheets and database applications, and may be accessed over the Internet or other network as browser-enabled software applications or software services.

User inputs to these various applications and services can be made using the desktop keyboard and mouse connected to the cell phone device. Digital display information, such as provided by the network applications or software services, will be transmitted to the desktop computer monitor by the cell phone device. Audio, such as provided by the software applications and software services, is transmitted through the cell phone device to an external speaker or speaker system. Printable output, such as provided by the software applications and software services, is transmitted through the cell phone device to the printer. Other forms of media, including movies, music and streaming video, may likewise be accessed over the Internet using the desktop computing environment, and transmitted to an attached digital display screen and speakers. All of these transmissions may be made through the wireless cell phone device's browser interface, which may be made to display information in a traditional browser window for interacting with Internet programs and services or in a full-screen windowless mode for viewing movies and other forms of streaming media, as is understood in the art.

With reference now to FIG. **1** of the Drawings, there is illustrated therein a first embodiment for practicing the principles of the present invention, which operates within a distributed communications network, generally designated by the reference numeral **100**. As shown in the figure, a

US 9,547,981 B1

7

wireless cell phone or other communications device **400** is connected to one or more desktop devices **500**, including but not limited to a desktop monitor **520**, a desktop keyboard **530**, a desktop mouse **540**, an external speaker or a speaker system **560**, and a desktop printer **580**, through one or more wireline or wireless connections with the wireless cell phone device's **400** peripheral communications hardware and software, generally designated by the reference numeral **480**. The wireless cell phone device **400** also uses a cell phone network **300** to access a TCP/IP network **200** that, in turn, provides access to one or more browser-based applications and or services **110** over the wireless cell phone device's **400** digital baseband **410**.

The wireless cell phone device **400** also has a cell phone desktop operating system, generally designated by the reference numeral **415**, including TCP/IP services **420**, desktop browser software **440** and device drivers **460**. As shown in FIG. **1**, the user of the cell phone device **400** uses the desktop browser software **440** in conjunction with the TCP/IP services **420** to send messages and data to, and receive messages and data from the browser-based applications and or services **110** via the digital baseband **410**. Messages and data received from the browser-based applications and services **110** are communicated to the desktop browser **440** through the TCP/IP services **420**, interpreted by the desktop browser **440**, and transmitted by the TCP/IP services **420** to the appropriate device drivers **460**, where they are communicated through the peripheral communications hardware and software **480** to one or more user output devices that may include the aforementioned desktop monitor **520**, external speakers **560**, the desktop printer **580** or other external components.

User input in the form of messages and data received from the desktop devices **500**, including the desktop keyboard **530**, the desktop mouse **540**, and other external components are received by the peripheral communications hardware and software **480**, and communicated to the TCP/IP services **420**. It should be understood that the messages and data that are intended for the desktop browser **440** are communicated by the TCP/IP services **420** to the desktop browser **440**, and other messages and data, not intended for communication to the desktop browser **440**, are instead managed by the TCP/IP services **420**. The desktop browser **440** identifies and translates the input it receives from the TCP/IP services **420** and directs those output messages and data for communication with the browser-based applications and services **110** and the TCP/IP services **420**, and transmitted to the browser-based applications and services **110** via the digital baseband **410**, cell phone network **300** and TCP/IP network **200**.

The desktop browser **440** also identifies and translates received input from the TCP/IP services **420** into output messages and data that are communicated to one or more of the desktop devices **500**, such as the aforementioned desktop monitor **520**, the external speakers **560**, the desktop printer **580**, and other external components, and transmit those messages and data to the appropriate desktop devices **500** via the aforementioned TCP/IP services **420**, device drivers **460** and peripheral communications hardware and software **480**. Once the communication between the wireless cell phone device **400** and the desktop devices **500** are established, and the communication between the wireless cell phone device and the browser-based applications and or services **110** are established, the user may then use the desktop devices **500** to both access and use the browser-based programs and/or services **110** through the wireless cell phone device **400**.

8

With reference now to FIG. **2**A of the Drawings, there is illustrated therein another embodiment of the present invention, which also operates within a distributed communications network, generally designated by the reference numeral **100**. In this embodiment wireline interconnectivity between the cell phone device **400** and the desktop environment is addressed with reference again to FIG. **2**A. A wireless cell phone device **400** is connected to one or more of the aforementioned desktop devices **500**, including, but not limited to, a desktop monitor **520**, a desktop keyboard **530**, a desktop mouse **540**, external speakers or a speaker system **560**, a desktop printer **580**, and other external components, through a multichannel wireline connection **482**, which is itself a component of the wireless cell phone device's **400** peripheral communications hardware and software **480**. It should be understood that the multichannel wireline connection **482** may provide support for one or more broadband communications protocols, including, but not limited to, the Universal Serial Bus (USB) protocol **484** and the IEEE 1394 protocol, generally designated by the reference numeral **485**, as well as future like protocols. In an effort to reduce the physical connection requirements of the peripheral communications and software **480** on the wireless cell phone device **400** to a single physical connection, a multiport wireline hub **102** may be used to physically connect the wireless cell phone device **400** to the desktop devices **500**. Furthermore, in order to reduce the energy requirements associated with the operation of the wireless cell phone device **400**, the multiport wireline hub **102** may obtain its electricity from an external energy source **104**.

With reference now to FIG. **2**B of the Drawings, there is illustrated therein a distributed communications network, again generally designated by the reference numeral **100**, utilizing the principles of the present invention. A wireless cell phone device **400** is connected to one or more desktop devices **500**, including, but not limited to, a desktop monitor **520**, a desktop keyboard **530**, a desktop mouse **540**, external speakers or a speaker system **560**, and a desktop printer **580**, through a multichannel wireless connection **483**, itself a component of the wireless cell phone device's **400** peripheral communications hardware and software **480**. As with the aforementioned multichannel wireless connection **482**, it should be understood that the multichannel wireless connection **483** may provide support for one or more broadband communications protocols, including, but not limited to, the Universal Serial Bus USB protocol **484**, the IEEE 1394 protocol **485** and the IEEE 802.11 protocol, generally designated by the reference numeral **486**, as well as future like protocols. In an effort to reduce the physical connection requirements of the peripheral communications hardware and software **480** on the wireless cell phone device **400** to a multichannel wireless connection, a multiport combination wireline/wireless hub **105** may be used to physically connect the wireless cell phone device **400** to the desktop devices **500**. The hub **105** has a wireless connection with the peripheral communications hardware and software **480** on the wireless cell phone device **400** via the multichannel wireless connection **483** and either a wireline or wireless connection with the various desktop devices **500**. Furthermore, in order to reduce the energy requirements associated with the operation of the wireless cell phone device **400**, the multiport wireless hub **103**, as with the aforementioned hub **102**, may obtain its electricity from an external energy source **104**.

With reference now to FIG. **2**C of the Drawings, there is illustrated therein a distributed communications network, generally designated by the reference numeral **100**, utilizing

US 9,547,981 B1

9

the principles of the present invention. A wireless cell phone device **400** is connected to one or more wireless desktop devices, generally designated by the reference numeral **501**, including, but not limited to, a wireless desktop monitor **521**, a wireless desktop keyboard **531**, a wireless desktop mouse **541**, a wireless external speaker or a speaker system **561**, and a wireless desktop printer **581**, through a multichannel wireless connection **483**, itself a component of the wireless cell phone device's **400** peripheral communications hardware and software **480**. It should be understood that the multichannel wireless connection **483** may provide support for one or more broadband communications protocols, including, but not limited to, the aforementioned Universal Serial Bus (USB) protocol **484**, the IEEE 1394 protocol **485** and the IEEE 802.11 protocol **486**. An internal multiport wireless physical interface **106**, also a component of the wireless cell phone device's peripheral communications hardware and software **480**, takes the place of an external hub device. The internal multiport wireless physical interface **106** provides one or more wireless multiport network connections between one or more instances of Universal Serial Bus (USB) protocol **484** communications, IEEE 1394 protocol **485** communications and IEEE 802.11 protocol **486** communications, and the wireless desktop devices **501**. When implemented as a physical device, such as a chip or other form of integrated circuit, the internal multiport wireless physical interface **106** removes the need for a physical connection between the wireless cell phone device **400** and the wireless desktop devices **501**, and also removes the need for an external multiport wireless hub.

With reference now to FIG. **3**A of the Drawings, there is illustrated therein a distributed communications network, generally designated by the reference numeral **100**, utilizing the principles of the present invention. In the figure, a wireless cell phone device **400** is connected to one or more wireless features, including, but not limited to, a wireless keyboard and mouse, preferably integrated **545**, a high-resolution digital display device **522**, and an external speaker or a speaker system **561**, through one or more wireless connections. For example, the wireless cell phone device **400** connection between the wireless integrated keyboard and mouse **545** and a multiport combination wireline/wireless hub **105**, one or more wireline and or wireless connections between the high-resolution digital display device **522** and the multiport combination wireline/wireless hub **105**, one or more wireline and or wireless connections between the external speaker or speaker system **561** and the multiport combination wireline/wireless hub **105**, and one or more wireline and or wireless connections between the multiport combination wireline/wireless hub **105** and a multichannel wireline connection **482** of the wireless cell phone device **400**, the hub **105** itself a component of the wireless cell phone device's **400** peripheral communications hardware and software **480**.

In an effort to reduce the physical connection requirements of the peripheral communications and software **480** on the wireless cell phone device **400** to a single physical connection, the multiport combination wireline/wireless hub **105** may be used to physically connect the wireless cell phone device **400** to the wireless integrated keyboard and mouse **545**, the high-resolution digital display device **522** and the external speaker or speaker system **561**. Furthermore, in order to reduce the energy requirements associated with the operation of the wireless cell phone device **400**, the multiport combination wireline/wireless hub **105** may obtain its electricity from an external energy source **104**.

10

With further reference to FIG. **3**A, the wireless cell phone device **400** uses a cell phone network **300** to access a TCP/IP network **200** that, in turn, provides access to browser-based Internet media applications **111** over the wireless cell phone device's **400** digital baseband **410**. The wireless cell phone device's **400** cell phone desktop operating system **415**, consisting of TCP/IP services **420**, desktop browser software **440** and device drivers **460**, uses its desktop browser software **440** in conjunction with its TCP/IP services **420** to send messages and data to, and receive messages and data from, the browser-based Internet media applications **111** via the digital baseband **410**. Messages and data received from the browser-based Internet media applications **111** are communicated to the desktop browser **440** through the TCP/IP services **420**, interpreted by the desktop browser **440** and transmitted by the TCP/IP services **420** to appropriate device drivers **460**, where they are communicated through the peripheral communications hardware and software **480** to one or more user output devices that may include a high-resolution digital display device **522** and external speakers or speaker system **561**.

User input in the form of messages and data originating from the wireless integrated keyboard and mouse **545** are received by the peripheral communications hardware and software **480**, where they are communicated to the TCP/IP services **420**. Those messages and data that are intended for the desktop browser **440** are communicated by the TCP/IP services **420** to the desktop browser **440**. Other messages and data not intended for communication to the desktop browser **440** are managed by the TCP/IP services **420**. The desktop browser **440** identifies and translates the input received from the TCP/IP services **420**, and directs those output messages and data to the browser-based Internet media applications **111** to the TCP/IP services **420** where they are transmitted to the browser based internet media applications **111** via the digital baseband **410**, cell phone network **300** and TCP/IP network **200**. The desktop browser **440** also identifies and translates input received from the TCP/IP services **420** into output messages and data that are to be communicated to either the high-resolution digital display device **522** or the external speaker or speaker system **561**, and transmits those messages and data to the appropriate devices via the TCP/IP services **420**, device drivers **460** and peripheral communications hardware and software **480**.

Once the communications between the wireless cell phone device **400** and the wireless integrated keyboard and mouse **545**, the high-resolution digital display device **522** and the external speakers or speaker system **561** are established and the communication between the wireless cell phone device and the browser-based Internet media applications **111** are established, the user may use the wireless integrated keyboard and mouse **545** in combination with the high-resolution digital display device **522** to both access and use the browser-based Internet media applications **111** through the wireless cell phone device **400** and through the use of the browser-based Internet media applications **111**, select, download and control the Internet streaming media **112** associated with the browser-based Internet media applications.

With further reference to FIG. **3**A, the wireless integrated keyboard and mouse **545** may be used to control the desktop browser **440** in a manner that optimizes the Internet streaming media **112** viewing experience of the user. By using the wireless integrated keyboard and mouse **545** to select either of two display modes of the desktop browser **440**, the user may select the window mode **442** to obtain access to the

US 9,547,981 B1

11

browser-based media applications **111**, or the user may select the full-screen windowless mode **443** to display the Internet streaming media **112** without the viewer distraction of a traditional browser interface. By providing the user with the opportunity to toggle back and forth between the window mode **442** and the full-screen windowless mode **443**, those methods of controlling the viewer experience, such as forward and reverse, stop, pause and resume play, may be made available through the interaction of the wireless integrated keyboard and mouse **545** with the browser-based Internet media applications.

With reference now to FIG. **3**B of the Drawings, there is illustrated therein a distributed communications network, generally designated by the reference numeral **100**, utilizing the principles of the present invention. In the figure, a wireless cell phone device **400** is connected to one or more features, including, but not limited to, the aforementioned wireless integrated keyboard and mouse **545**, a wireless high-resolution digital display device **522** and an external speaker or a speaker system **561**, through one or more wireless connections. For example, the wireless cell phone device connection between the wireless integrated keyboard and mouse **545** and the multiport wireless physical interface **106**, one or more wireless connections between the high-resolution digital display device **522** and the multiport wireless physical interface **106**, one or more wireless connections between the external speakers or speaker system **561** and the multiport wireless physical interface **106**, and a physical connection between the cell phone device's **400** multiport wireless physical interface **106** and a multichannel wireless connection **483** of the wireless cell phone **400**.

With reference now to FIG. **3**C of the Drawings, there is illustrated therein a distributed communications network, again generally designated by the reference numeral **100**, utilizing the principles of the present invention. In the figure, a wireless cell phone device **400** is connected to one or more features, including, but not limited to, the aforementioned high-resolution digital display device **522** and an external speaker or a speaker system **561**, through one or more wireline and or wireless connections. For example, the wireless cell phone **400** connection between the high-resolution digital display device **522** and the multiport combination wireline/wireless hub **105**, one or more wireline and or wireless connections between the external speaker or speaker system **561** and the multiport combination wireline/wireless hub **105**, and one or more wireline and or wireless connections between the multiport combination wireline/wireless hub **105** and the aforementioned multichannel wireline/wireless connection **483**, itself a component of the wireless cell phone device's **400** peripheral communications hardware and software **480**. In an effort to reduce the physical connection requirements of the peripheral communications and software **480** on the wireless cell phone device **400** to a single physical connection, the multiport combination wireline/wireless hub **105** may be used to physically connect the wireless cell phone device **400** to the high-resolution digital display device **522** and the external speaker or speaker system **561**. Furthermore, in order to reduce the energy requirements associated with the operation of the wireless cell phone device **400**, the multiport combination wireline/wireless hub **105** may obtain its electricity from an external energy source **104**.

With further reference now to FIG. **3**C, the wireless cell phone device **400** uses a cell phone network **300** to access a TCP/IP network **200** that, in turn, provides access to browser-based Internet media applications **111** over the wireless cell phone device's **400** digital baseband **410**. The wireless cell phone

12

device's **400** cell phone desktop operating system **415**, consisting of TCP/IP services **420**, desktop browser software **440** and device drivers **460**, uses its desktop browser software **440** in conjunction with its TCP/IP services **420** to send messages and data to, and receive messages and data from, the browser-based Internet media applications **111** via the digital baseband **410**. Messages and data received from the browser-based Internet media applications **111** are communicated to the desktop browser **440** through the TCP/IP services **420**, interpreted by the desktop browser **440** and transmitted by the TCP/IP services **420** to the appropriate device drivers **460**, where they are communicated through the peripheral communications hardware and software **480** to one or more user output devices that may include a high-resolution digital display device **522** and the external speaker or speaker system **561**.

User input in the form of messages and data originating from the wireless cell phone device's **400** keypad **412** are transmitted through the digital baseband **410** where they are communicated to the TCP/IP services **420**. Those messages and data that are intended for the desktop browser **440** are communicated by the TCP/IP services **420** to the desktop browser **440**. Other messages and data not intended for communication to the desktop browser **440** are managed by the TCP/IP services **420**. The desktop browser **440** identifies and translates the input it receives from the TCP/IP services **420** and directs those output messages and data to be communicated to the browser-based Internet media applications **111** to the TCP/IP services **420**, where they are transmitted to the browser-based Internet media applications **111** via the digital baseband **410**, cell phone network **300** and TCP/IP network **200**. The desktop browser **440** also identifies and translates input it receives from the TCP/IP services **420** into output messages and data that are to be communicated to the cell phone device's **400** display screen **416**, the high-resolution digital display device **522** or the external speaker or speaker system **561**, and transmits those messages and data to either the cell phone device's **400** display screen **416** via the digital baseband **410** and LCD controller **414** or to the high-resolution digital display device **522** or external speaker or speaker system **561** via the TCP/IP services **420**, device drivers **460** and peripheral communications hardware and software **480**.

Once the communications between the wireless cell phone device **400** and the and high-resolution digital display device **522** and the external speaker or speaker system **561** are established and the communication between the wireless cell phone device and the browser-based Internet media applications **111** are established, the user may use the wireless cell phone device's **400** keypad **412** and display screen **416** in combination with the high-resolution digital display device **522** to both access and use the browser-based Internet media applications **111** through the wireless cell phone device **400** and through the use of the browser-based Internet media applications **111**, select, download and control the internet streaming media **112** associated with the browser based internet media applications.

With further reference to FIG. **3**C, the wireless cell phone device's **400** keypad **412** and display screen **416** may be used to control the desktop browser **440** in a manner that optimizes the Internet streaming media **112** viewing experience of the user. By using the wireless cell phone device's **400** keypad **412** and display screen **416** to select either of two display modes of the desktop browser **440**, the user may select the window mode **442** to obtain access to the browser-based media applications **111**, or the user may select the full-screen windowless mode **443** to display the internet

US 9,547,981 B1

13

streaming media **112** without the viewer distraction of a traditional browser interface. By providing the user with the opportunity to toggle back and forth between the window mode **442** and the full-screen windowless mode **443**, those methods of controlling the viewer experience, such as forward and reverse, stop, pause and resume play, may be made available through the interaction of wireless cell phone device's **400** keypad **412** and display screen **416** with the browser-based Internet media applications.

With reference now to FIG. **3**D of the Drawings, there is illustrated therein a distributed communications network, generally designated by the reference numeral **100**, utilizing the principles of the present invention. A wireless cell phone device **400** is connected to a high-resolution digital display device **522** and external speakers or a speaker system **561** through one or more wireless connections between the high-resolution digital display device **522** and the multiport wireless physical interface **106**, one or more wireless connections between the external speaker or speaker system **561** and the multiport wireless physical interface **106**, and a physical connection between the cell phone device's **400** multiport wireless physical interface **106** and the wireless cell phone device's **400** multichannel wireless connection **483**.

In practice, the principles of the present invention have a wide applicability in the consumer marketplace. As noted, users increasingly store important information, e.g., documents and applications, as well as entertainment, e.g., songs and movies, remotely on an Internet-accessible server. Instead of inserting a disk or tape, users now download an electronic version of a work and play that. Of course, numerous non-entertainment usages can be envisioned also, e.g., remotely accessing a document, spreadsheet, database, presentation or any software application, and use made pursuant to the present invention. As wireless connectivity predominates, users will tend to change traditional paradigms of data usage, and employ referential techniques, such as presented herein to access personal information, i.e., an example of the Web 3.0 movement.

Through use of the techniques of the present invention, users are freed from the contemporary physical constraints of common handheld devices, necessitating by size restrictions. Leveraging the functionability of available physical devices to provide better ergonomic conditions is a key concept of the present invention.

For example, users accessing steaming video on their cell phone may desire to watch that video or a movie on a large screen display, perhaps high definition as well. The user can provide either a wireline connection, such as a simple USB connection, or a wireless interface, such as a device hub, and readily connect the content being accessed on the cell phone to the available display for easier viewing. Similarly, a song may be played on a stereo system, thereby providing better acoustical conditions for the hearer.

Likewise, the user may wish to edit or view a document on a larger screen rather than the limited one of the cell phone, whatever its capabilities. Elderly users, for example, may access a display, personal or perhaps public, to better view text or other content. Naturally, as typing or editing would be eased by resort to a larger screen, keyboards and mouse are far more useful than existing data input and editing tools. Lastly, printing by necessity must be done by a physical device connection, e.g., the cell phone user requests a printout of a document stored on a remote server.

Gamers, for example, can better experience the graphics and multimedia functionality of a game by so leveraging remote devices associated to the user. The cell phone or

14

other communications device **400** operated in this fashion, provides the gamer with flexibility of usage, e.g., use of others' equipment such as within a gaming salon or station.

It should also be understood that in the embodiment described herein, the user controls the user information or media. For example, the user, through their cell phone, may directly control various peripheral devices, e.g., through commands entered in the cell phone by the user or automatically pursuant to user instructions. For example, the user in this cell phone command mode may directly control a computer without use of any peripheral devices, e.g., keyboard or mouse, associated with that computer or other device. Alternatively, the user may transfer various controls to the peripheral devices, e.g., using the computer keyboard or mouse to navigate through the user information, a website or other media, play a game or access media, thereby making data or command entry easier with more ergonomic devices, e.g., a gamer PlayStation or other console. In addition, the user may, while displaying user information on a peripheral device, simultaneously enter commands, e.g., typing central commands on the cell phone during a movie or steaming video on a selected peripheral device.

An apparatus pursuant to the teachings of the present invention would provide the user thereof with flexibility of presentation, usage and control. For example, the user could be shopping and a vendor of some product, e.g., speakers, could provide a weblink or other information useful to the user to directly access a speaker product for sale, e.g., play a song stored in the user's personal space on the Internet or attached in an email on the desired speaker, mediated through the cell phone or other communications device. Although a preferred embodiment of the instant invention is creation of a desktop computing environment through a separate communications device, the principles also apply in similar contexts where the user leverages the communications device to increase or improve upon the characteristics of the device in hand. In other words, the principles of the present invention are not just applicable in the home, but may be employed in numerous other contexts.

With reference to FIG. **4** of the Drawings, there is illustrated a network **100**, such as the aforementioned distributed communications network. In this figure, the ultimate goal of the Web 3.0 movement is visualized. As shown in FIG. **4**, a wireless cell phone or other communications device **400** operates within the network **100** and communicates via a telecommunications linkage and/or an Internet linkage, generally designated by the reference numeral **101**, but well understood by one skilled in the art, and also discussed in some detail hereinabove. As shown, information, generally designated by the reference numeral **701**, can be stored on a remote server **700**, upon which the user's (or another's) data, work space or environment information resides, in whole or in part.

Pursuant to the methodology of the present invention, and in accord with the philosophy of the Web 3.0 movement, the device **400**, whether a cell phone, Blackberry, Palm or other communicator, is the broadband "bit pipe," i.e., the device **400** provides the pathway for Internet or remote data and the one-to-one physical correspondence between the user and the Internet. The user's computer or other physical devices associated with the user, generally designated in the figure by the reference numeral **502**, are thereby virtualized, and the Application Specific Protocol (ASP) model is elevated to the top of the Internet software stack, which assumes that the other types of controllers, e.g., games, can also use the same or similar methods. It is, therefore, understood that the devices **502** can constitute the aforedescribed desktop

US 9,547,981 B1

15

16

devices and components **501**, which may be personal to the user, e.g., their PC, or otherwise utilized by the user, e.g., other's equipment.

Pursuant to another embodiment of the present invention, the user of the device **400** controls the device **502** through the device **400**, as described, and also releases the device or devices **502** when done, e.g., wither private or public devise controlled by the user through the device **400**, at the end of a session.

It should further be understood that although the usage of the software shown in single user, there are instances where two or more individuals may desire to attach to the same device or devices **502**, e.g., in a gaming environment. As shown in FIG. **4**, another user, employing a separate wireless device **401**, may be connected to the same device or devices **502**.

It should be understood that the interconnection between the wireless device **400**, as well as wireless devices **401**, to the device, devices or components **502**, can be either wireless or wireline. The respective interconnections are designated by the reference numerals **600** and **601**, respectively.

It should be understood that the user may control particular components within the devices **502**, e.g., a speaker within a speaker system, and not the entire system. Allowing granularity of control permits the user to only access desired components, e.g., on another's system only accessing the big screen television and not the speaker system.

It should be understood that the aforementioned capabilities of interconnectivity of the cell phone to physical components represent exemplary usages. With greater bandwidth and functionality, additional capabilities may be realized.

The foregoing description of the present invention provides illustration and description, but is not intended to be exhaustive or to limit the invention to the precise one disclosed. Modifications and variations are possible consistent with the above teachings or may be acquired from practice of the invention. Thus, it is noted that the scope of the invention is defined by the claims and their equivalents.

What is claimed is:

**1**. A method for downloading and viewing a movie or video on a display device, the method comprising the steps of:

(a) electrically coupling for consumer electronic entertainment purposes a display device suitable for use in a media center environment with a mobile communications device that does not form a part of the media center environment;

(b) causing a first graphic user interface to be displayed on the display device that conveys information to a viewer of the display device about movies or videos that are individually downloadable from a server for display on the display device for consumer electronic entertainment purposes;

(c) receiving entertainment selection commands by the mobile communications device to allow a particular one of the movies or videos to be selected for downloading from the server based on visual feedback the viewer receives by reading or interacting with the first graphic user interface shown on the display device;

(d) receiving by the mobile communications device of the particular movie or video that is sent to it from the server based on the viewer's reading or interaction with the first graphic user interface shown on the display device;

(e) transmitting by the mobile communications device of at least some of the particular movie or video to the display device for display thereon simultaneously while at least some of the particular movie or video is being downloaded from the server to the mobile communications device; and

(f) wherein the electrical coupling between the mobile communications device and the display device allows the particular movie or video to be sent there between when the mobile communications device is located a distance away from the display device at which a person watches a movie at home.

**2**. The method of claim **1**, wherein the media center environment forms a home media center environment.

**3**. The method of claim **1**, wherein the display device is electrically coupled to the mobile communications device by means of at least one wireless connection.

**4**. The method of claim **1**, wherein the display device is electrically coupled to the mobile communications device by means of at least one wireline connection.

**5**. The method of claim **1**, wherein the mobile communications device is adapted to communicate with the server via the internet.

**6**. The method of claim **1**, wherein the download commands are generated on the mobile communications device by means of a keyboard.

**7**. The method of claim **1**, wherein the display device comprises a high definition display device.

**8**. The method of claim **1**, wherein the display device comprises a television set.

**9**. The method of claim **1**, further comprising the steps of displaying a control graphic user interface on the display device while the particular movie or video is being shown on the display device:

entering display control commands into the mobile communications device and then sending those display control commands to the server to cause control actions to be performed on the particular movie or video being sent from the server through the mobile communications device and to the display device; and

sending a modified version of the particular movie or video being downloaded which embodies the display control commands.

**10**. The method of claim **9**, wherein the control graphic user interface is shown on the display device at the same time as the stream is shown on the display device.

**11**. The method of claim **9**, wherein the control graphic user interface is shown on the display device only at the command of the user.

**12**. The method of claim **1**, further comprising the step of electrically coupling at least one additional device other than the display device to the mobile communications device.

**13**. The method of claim **1**, wherein the mobile communications device comprises a cellular telephone.

**14**. The method of claim **1**, wherein the first graphic user interface only provides visual information about movies or videos that are available for download from the server.

**15**. The method of claim **1**, wherein the transmitting of the particular movie or video from the mobile communications device to the display device for display thereon occurs substantially simultaneously with the downloading of the particular movie or video from the server to the mobile communications device.

**16**. The method of claim **1**, wherein the causing step includes downloading the first GUI from the server to the mobile communications device.

* * * * *