# EXHIBIT C

# Presenting the Nokia N92: TV goes Mobile

The world's first integrated DVB-H mobile device makes prime time any time

Nokia Mobility Conference 2005, Barcelona, Spain/Espoo, Finland - At the Nokia Mobility Conference, Nokia today proudly presented the Nokia N92, the first integrated DVB-H mobile device in the Nokia Nseries range for watching broadcast TV programs. The Nokia N92 offers easy access to TV programs without having to sit in front of a television set. Users can set reminders to watch their favorite TV programs, create personal channel lists and subscribe to TV channel packages. The outstanding new form factor offers a highly ergonomic user-experience. The usability is further enhanced by the large 2.8" anti-glare QVGA screen with 16 million colors and the dedicated media keys that deliver a rich viewing experience.

"The Nokia N92 is the first in a range of products bringing together the rich experience of conventional broadcast TV with the connected experience of mobility to create a new category - mobile TV," said Richard Sharp, Vice President of Rich Media at Nokia.  "We are confident that mobile TV will be an exciting new service for consumers, as well as generate new opportunities for innovation and growth in the mobile and media industries."

The Nokia N92 has four different modes for simple and easy usage. The new view mode is especially designed for watching TV and video. To start watching mobile TV*, users simply need to open the Nokia N92 in view mode and press the Multimedia key. The Electronic Service Guide (ESG) contains information about the available TV channels, programs and services. Other mobile TV features include watching time of up to four hours, recording and 30 seconds replay.

The cellular connectivity means people can interact with the TV, through services such as voting, program feedback and additional web discovery. Further, the Nokia N92 supports the new Nokia Web Browser with Mini Map, which provides a semi-transparent zoomed-out view of a web page that enables users to quickly orient themselves on a small screen. With an overall view of the web page, users can intuitively navigate to all corners of it as well as see the web page as it was originally designed.

The Nokia N92 is also an XpressMusic device, with up to 2 GB memory card support, offering storage for up to 1500 songs delivered through the built-in stereo speakers or a stereo headset. The entertainment experience is further complimented by FM radio with Visual Radio support*. Additional Nseries features include 2 megapixel camera for print-quality photos and email attachment support.

The Nokia N92 provides a rich range of connectivity options such as Wi-Fi, infrared, Bluetooth wireless technology as well as USB 2.0 (Mass Storage Class), which allows users to connect the Nokia N92 directly to a compatible PC for quick and convenient file transfers or downloads.

The Nokia N92, which is based on S60 3rd Edition and Symbian OS, is planned to be commercially available in mid 2006 in Europe, Africa and Asia, in countries where DVB-H services are available, with an estimated, unsubsidized sales price of approximately 600 euros.

*To check the availability and cost of the service, contact your network operator or service provider.

### Notes to the editors

DVB-H technology enables the TV service you are familiar with at home to be broadcast to your mobile device. DVB-H provides the best user experience in the mobile environment with excellent picture and reduced battery consumption. Up to 50 TV channels can be delivered with low cost, over one network. With extensive pilots of broadcast mobile TV currently taking place across the globe, involving leading broadcasters, mobile operators, broadcast network operators and

Case 2:17-cv-05266-JVS-DFM    Document 1-3    Filed 07/17/17    Page 4 of 11    Page ID #:46

handset manufacturers, the market for commercial broadcast services is expected to spread during 2006.

## About Nokia Nseries

Nokia Nseries is a range of high performance multimedia devices that delivers unparalleled mobile multimedia experiences by combining the latest technologies with stylish design and ease of use. With Nokia Nseries products, consumers can use a single device to enjoy entertainment, access information and to capture and share pictures and videos, whenever and wherever they want.

## About Nokia

Nokia is a world leader in mobile communications, driving the growth and sustainability of the broader mobility industry. Nokia connects people to each other and the information that matters to them with easy-to-use and innovative products like mobile phones, devices and solutions for imaging, games, media and businesses. Nokia provides equipment, solutions and services for network operators and corporations.

## Media Enquiries:

Nokia, Multimedia

Communications

Tel. +358 7180 45725


Nokia

Communications

Tel. +358 7180 34900

E-mail: press.office@nokia.com


www.nokia.com


www.nokia.com/mobiletv

Please visit the Nokia Mobility Conference 2005 website for more information at:

www.nokia.com/nmc

Related photos in print quality can be found at: www.nokia.com/press - > Press Photos

Photos from the event will be made available at: www.nokia.com/press - > Press Photos

For related broadcast quality video material, go to: www.nokia.com/press/broadcastroom

# Nokia press subscription

| First name* |
|---|

| Last name* |
|---|

| Title* |
|---|

| Country |
|---|

| E-mail* |
|---|

Subscribe

*required information

# Enquiries on this topic

Media enquiries

press.services@nokia.com

Tel. +358 10448 4900

Helsinki · Evening GMT +2 / CEST

Investor enquiries

investor.relations@nokia.com

Tel. +358 40 803 4080

Helsinki · Evening GMT +3 / EEST

# Stock exchange releases

Updated: 03.07.2017 · 10:00 EEST

1 / 8

3 Jul 2017

Nokia and China Huaxin close their transaction regarding the creation of Nokia Shanghai Bell

Presenting the Nokia N92: TV goes Mobile | Nokia

30 Jun 2017

Nokia appoints Gregory Lee to head Nokia Technologies and as member of the Nokia Group Leadership Team

30 Jun 2017

Exercises with stock options of Nokia Corporation

Presenting the Nokia N92: TV goes Mobile | Nokia



27 Jun 2017

## Nokia Announces Final Results for its Tender Offers and Consent Solicitation

13 Jun 2017

## Nokia Announces Pricing and Early Results for its Tender Offers and Consent Solicitation

30 May 2017

Nokia commences Tender Offers for outstanding notes and Consent Solicitation from certain note holders

29 May 2017

Nokia Corporation - Managers' transactions

Presenting the Nokia N92: TV goes Mobile | Nokia

29 May 2017

Exercises with stock options of Nokia Corporation

Discover Nokia

About Nokia

Case 2:17-cv-05266-JVS-DFM   Document 1-3   Filed 07/17/17   Page 11 of 11   Page ID #:53

All Nokia sites

English

© 2017 Nokia All rights reserved.

Cookies        Privacy        Terms