# EXHIBIT E

Search

Back in black
**NOKIA 6 REVIEW**

### PHONE FINDER

| | | | |
|---|---|---|---|
| SAMSUNG | LENOVO | ALCATEL | GIONEE |
| APPLE | XIAOMI | ZTE | VIVO |
| MICROSOFT | GOOGLE | TOSHIBA | LEECO |
| NOKIA | ACER | VODAFONE | PANASONIC |
| SONY | ASUS | GIGABYTE | HP |
| LG | OPPO | XOLO | YU |
| HTC | ONEPLUS | LAVA | VERYKOOL |
| MOTOROLA | MEIZU | MICROMAX | MAXWEST |
| HUAWEI | BLACKBERRY | BLU | PLUM |

ALL BRANDS     RUMOR MILL

### MORE

In the news

### POPULAR FROM NEC

  
NEC Terrain     NEC N930     NEC e616

  
NEC N920     NEC e338     NEC N200

MORE FROM NEC

## NEC e636



- Released 2006, February
- 110g, 13.9mm thickness
- Feature phone
- 32MB storage, miniSD card slot

**N/A**  400,719 HITS
**8**  BECOME A FAN

**2.2"** 240x320 pixels
**2MP** Video recorder
**900mAh** Li-Ion

OPINIONS     COMPARE     PICTURES

| | | | |
|---|---|---|---|
| **NETWORK** | Technology | GSM / UMTS | EXPAND ▼ |
| **LAUNCH** | Announced | 2006, February | |
| | Status | Discontinued | |
| **BODY** | Dimensions | 102 x 48 x 13.9 mm, 65 cc (4.02 x 1.89 x 0.55 in) | |
| | Weight | 110 g (3.88 oz) | |
| | SIM | Mini-SIM | |
| **DISPLAY** | Type | TFT, 256K colors | |
| | Size | 2.2 inches, 33 x 45 mm (~30.6% screen-to-body ratio) | |
| | Resolution | 240 x 320 pixels (~182 ppi pixel density) | |
| | | - Second external mono OLED display | |
| **MEMORY** | Card slot | miniSD | |
| | Phonebook | 500 entries | |
| | Call records | 20 dialed, 20 received, 20 missed calls | |
| | Internal | 32 MB | |
| **CAMERA** | Primary | 2 MP | |
| | Video | Yes | |
| | Secondary | CIF videocall camera | |
| **SOUND** | Alert types | Vibration; Downloadable polyphonic ringtones | |
| | Loudspeaker | No | |
| | 3.5mm jack | No | |
| **COMMS** | WLAN | No | |
| | Bluetooth | Yes | |
| | GPS | No | |
| | Radio | No | |
| | USB | Yes | |
| **FEATURES** | Messaging | SMS, EMS, MMS, Email | |
| | Browser | WAP 2.0/xHTML | |
| | Games | Yes + downloadable | |
| | Java | Yes, MIDP 2.0 | |
| | | - MP3/AAC/MP4 player<br>- Predictive text input<br>- Organizer<br>- Voice memo<br>- SyncML | |
| **BATTERY** | | Removable Li-Ion 900 mAh battery | |
| | Stand-by | Up to 270 h | |
| | Talk time | Up to 4 h | |
| **MISC** | Colors | Black | |

**Disclaimer.** We can not guarantee that the information on this page is 100% correct. Read more

OPINIONS  TIP US   873K   131K   87K   231K   RSS   LOG IN   SIGN UP

Search

**Bartjan**  19 Dec 2008  iEiI

Yeah also had that, read that it was comming soon in 2006. I still like the design, it just great!, but the features are old and not updated, so i guess that is the problem

Reply

**andreas**  09 Oct 2008  MLcA

yes, very nice looking phone. Sometimes it seems to me that persons who are doing mob.design they do not have any idea of what looks good and what not;)

Reply

**FRANK**  02 Aug 2008  NHHd

How soon is it coming? Imagine since 2006!!! MAY BE IT FLOPPED!!!

Reply

READ ALL OPINIONS     POST YOUR OPINION                Total user opinions: **87**

Home  News  Reviews  Compare  Coverage  Glossary  FAQ  RSS feed  Facebook  Twitter        CDN by
© 2000-2017  GSMArena.com  Mobile version  Contact us  Advertising  Privacy  Terms of use