EXHIBIT G

S/N  11/898,912                                                                    PATENT

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Michael D. Harold | Examiner: | PHU, SANH D |
| Serial No.: | 11/898,912 | Group Art Unit: | 2618 |
| Filed: | September 17, 2007 | Docket No.: | Harold - 200 |
| Title: | SYSTEM, METHOD AND APPARATUS FOR USING A WIRELESS CELL PHONE DEVICE TO CREATE A DESKTOP COMPUTER AND MEDIA CENTER | | |

### AMENDMENT

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
Box AF

Dear Madam:

In response to the Final Office Action mailed August 16, 2011, please amend the above-identified application as follows:

**Amendments to the Specification** begin on page 2 of this paper.

**Amendments to the Claims** are reflected in the listing of claims that begin on page 5 of this paper.

**Remarks** begin on page 29 of this paper.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

## Amendments to the Specification:

Please substitute the attached Substitute Specification for the one on file.

Please amend the Specification as follows (noting the formatting in the Substitute Specification):

[006] Although a number of companies, including Texas Instruments and Siemens, currently offer rudimentary products that allow a cell phone to project images, presentations and movies onto a wall or other nearby surface, Applicant is unaware of any product that allows a cell phone to transmit browser-based content to a nearby full-size digital display device, such as a computer monitor, or otherwise leverage the capabilities of the cell phone or other communications device in this matter.

[049] With further reference to FIGURE 3A, the wireless integrated keyboard and mouse 545 may be used to control the desktop browser 440 in a manner that optimizes the Internet streaming media 112 viewing experience of the user.  By using the wireless integrated keyboard and mouse 545 to select either of two display modes of the desktop browser 440, the user may select the window mode 442 to obtain access to the browser-based media applications 111, or the user may select the full-screen windowless mode 443 to display the Internet streaming

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

media 112 without the viewer distraction of a traditional browser interface. By providing the user with the opportunity to toggle back and forth between the window mode 442 and the full-screen windowless mode 443, those methods of controlling the viewer experience, such as forward and reverse, stop, pause and resume play, may be made available through the interaction of the wireless integrated keyboard and mouse 545 with the browser-based Internet media applications.

[055] With further reference to FIGURE 3C, the wireless cell phone device's 400 keypad 412 and display screen 416 may be used to control the desktop browser 440 in a manner that optimizes the Internet streaming media 112 viewing experience of the user. By using the wireless cell phone device's 400 keypad 412 and display screen 416 to select either of two display modes of the desktop browser 440, the user may select the window mode 442 to obtain access to the browser-based media applications 111, or the user may select the full-screen windowless mode 443 to display the internet streaming media 112 without the viewer distraction of a traditional browser interface. By providing the user with the opportunity to toggle back and forth between the window mode 442 and the full-screen windowless mode 443, those methods of controlling the viewer

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

experience, such as forward and reverse, stop, pause and resume play, may be made available through the interaction of wireless cell phone device's 400 keypad 412 and display screen 416 with the browser-based Internet media applications.

[060] Likewise, the user may wish to edit or view a document on a larger screen rather than the limited one of the cell phone, whatever its capabilities. Elderly users, for example, may access a display, personal or perhaps public, to better view text or other content.  Naturally, as typing or editing would be eased by resort to a larger screen, keyboards and mouse are far more useful than existing data input and editing tools.  Lastly, printing by necessity must be done by a physical device connection, e.g., the cell phone user requests a printout of a document stored on a remote server.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

**Amendments to the Claims:**

This listing of claims will replace all prior versions and listings of claims in the application.

**Listing of Claims:**

1.    (Canceled)

2.    (Canceled)

3.    (Canceled)

4.    (Canceled)

5.    (Canceled)

6.    (Canceled)

7.    (Canceled)

8.    (Canceled)

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

9.    (Currently Amended)   A method for facilitating user connectivity, comprising:

downloading, by a user on a wireless device in a communications network from a server in said communications network, user information to said wireless device;

transmitting, under user control on said wireless device, the downloaded user information from said wireless device to a peripheral device; and

operating said peripheral device from said wireless device,

wherein said peripheral device, controlled by said user from said wireless device, is connected to a separate system, and

wherein said peripheral device includes a display screen, and

using, responsive to an output from said display screen, at least one input peripheral device,

thereby enabling interactive and real time communications between the peripheral device and the server.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

10.     (Currently Amended)    A wireless device for facilitating user connectivity, comprising:

means for connecting a user of said wireless device to user information stored on a server in a communications network;

means for downloading said user information to said wireless device;

means for relaying the downloaded user information, at the control of said user, to a peripheral device; and

means for operating said peripheral device from said wireless device,

wherein said peripheral device, controlled by said user from said wireless device, is connected to a separate system, and

wherein said peripheral device comprises a hub,

whereby a plurality of components connected to said peripheral device are accessible therethrough.

11.     (Original)    The wireless device according to claim 10, further comprising:

means for receiving, at said peripheral device, a wireless communication containing said downloaded user information transmitted from said wireless device; and

U.S. Patent Application Serial No. 11/898,912
Amendment dated January 17, 2012
Reply to Office Action of August 16, 2011

means for employing, at said peripheral device, said downloaded user information.

12.   (Original)   The wireless device according to claim 10, further comprising:

means for receiving, at said peripheral device, a wireline communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

13.   (Original)  The wireless device according to claim 10, wherein said peripheral device comprises personal equipment of said user.

14.   (Original)  The wireless device according to claim 10, wherein said peripheral device comprises personal equipment of a third party being used by said user.

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

15.     (Original)  The wireless device according to claim 10, wherein said means for relaying comprises a wireline connection between said wireless device and said peripheral device.

16.     (Original)  The wireless device according to claim 10, wherein said means for relaying comprises a wireless connection between said wireless device and said peripheral device.

17.     (Currently Amended)  The wireless device according to claim 10, wherein said peripheral device ~~compromises~~ <u>comprises</u> an input device, and

wherein said user inputs commands into said input device,

said commands being relayed through said wireless device.

18.     (Original)  The wireless device according to claim 10, wherein said peripheral device is controlled by said user at a wireless input device.

19.     (Canceled)

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

20.     (Currently  Amended)     A  peripheral  device  control  system, comprising:

a peripheral device;

an interconnector, said interconnector connecting, at the control of a user, a wireless device to said peripheral device, and downloading user information to said peripheral device,

said user information being stored on a server in a communications network; and

said peripheral device, upon receipt of the downloaded user information, employing said user information at the control of said user,

wherein said peripheral device, controlled by said user from said wireless device, is part of a separate system, and

wherein said downloaded user information employed by said peripheral device creates an environment selected from the group consisting of desktop computing environment, a media center environment, a portable PC computing environment, a tablet computer computing environment and combinations thereof.

21.     (Canceled)

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

22.     (Canceled)

23.     (Canceled)

24.     (Currently Amended)  The method according to claim 9, further ~~compromises~~ <u>comprising</u>:

<u>in said</u> transmitting, ~~under user control on said wireless device, the downloaded user information from said wireless device to~~ <u>said display screen comprises</u> an interactive multi-touch display screen; and

~~responding~~ <u>using, responsive</u> to <u>an output from</u> said interactive multi-touch display screen<u>,</u> ~~output by using~~ at least one input capability of said multi-touch display screen<u>,</u>

~~thereby enabling interactive and real time communications between the peripheral device and the server~~.

25.     (Canceled)

26.     (Canceled)

27.     (Canceled)

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

28.     (Canceled)

29.     (Canceled)

30.     (Canceled)

31.     (Canceled)

32.     (New)        The method according to claim 9, wherein the downloaded user information on said peripheral device creates an environment selected from the group consisting of a desktop computing environment, a media center environment, a portable PC computing environment, a tablet computer computing environment and combinations thereof.

33.     (New)The method according to claim 9, wherein said peripheral device receives a wireline communication containing said downloaded user information transmitted from said wireless device.

34.     (New)The method according to claim 9, wherein said peripheral device comprises personal equipment of said user.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

35.     (New)The method according to claim 9, wherein said peripheral device comprises personal equipment of a third party being used by said user.

36.     (New)The method according to claim 9, wherein said transmitting comprises a wireline connection between said wireless device and said peripheral device.

37.     (New)The method according to claim 9, wherein said transmitting comprises a wireless connection between said wireless device and said peripheral device.

38.     (New)The method according to claim 9, wherein said peripheral device comprises an input device,

said user inputs commands into said input device, and

said commands being relayed through said wireless device.

39.     (New)The method according to claim 9, further comprising:

controlling, by said user, said peripheral device at a wireless input device.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

40.    (New)  A method for facilitating user connectivity, comprising:

downloading, by a user on a wireless device in a communications network from a server in said communications network, user information to said wireless device;

transmitting, under user control on said wireless device, the downloaded user information from said wireless device to a peripheral device in the form of a display screen,

operating said peripheral device from said wireless device; and

responding to an output from said peripheral device by using input devices available on the wireless device to communicate with the server,

wherein said peripheral device, controlled by said user from said wireless device, is connected to a separate system,

thereby enabling interactive and real time communications between the peripheral device and the server.

41.    (New)        The method according to claim 40, wherein the downloaded user information on said peripheral device creates an environment selected from the group consisting of a desktop computing environment, a media

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

center environment, a portable PC computing environment, a tablet computer

computing environment and combinations thereof.

42.    (New)The method according to claim 40, wherein said peripheral

device receives a wireline communication containing said downloaded user

information transmitted from said wireless device.

43.    (New)The method according to claim 40, wherein said peripheral

device comprises personal equipment of said user.

44.    (New)The method according to claim 40, wherein said peripheral

device comprises personal equipment of a third party being used by said user.

45.    (New)The method according to claim 40, wherein said transmitting

comprises a wireline connection between said wireless device and said peripheral

device.

46.    (New)The method according to claim 40, wherein said transmitting

comprises a wireless connection between said wireless device and said peripheral

device.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

47.     (New)The method according to claim 40, wherein said peripheral

device comprises an input device,

said user inputs commands into said input device, and

said commands being relayed through said wireless device.

48.     (New)The method according to claim 40, further comprising:

controlling, by said user, said peripheral device at a wireless input device.

49.     (New)The method according to claim 40, wherein said peripheral

device comprises a display screen.

50.     (New)The method according to claim 49, wherein said display screen

comprises an interactive multi-touch display screen, and further comprising:

using, responsive to an output from said interactive multi-touch display

screen, at least one input capability of said multi-touch display screen.

51.     (New)  A method for facilitating user connectivity, comprising:

downloading, by a plurality of users, onto a respective plurality of  wireless

devices in a communications network from a server in said communications

network, user information to said wireless devices;

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

transmitting, under respective user control on respective wireless devices, the downloaded user information from said wireless devices to at least one display screen,

operating said at least one display screen from at least one of said wireless devices; and

responding to an output from said at least one display screen by using input devices connected to the respective said wireless devices, thereby communicating with the server,

wherein said at least one display screen, controlled by said respective users, is connected to a separate system,

thereby enabling interactive and real time communications between the at least one display screen and the server.

52.    (New)The method according to claim 51, wherein the downloaded user information on said display screen creates an environment selected from the group consisting of a desktop computing environment, a media center environment, a portable PC computing environment, a tablet computer computing environment and combinations thereof.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

53.     (New)The method according to claim 51, wherein said display screen receives a wireline communication containing said downloaded user information transmitted from at least one of said wireless devices.

54.     (New)The method according to claim 51, wherein said display screen comprises personal equipment of one of said plurality of users.

55.     (New)The method according to claim 51, wherein said display screen comprises personal equipment of a third party being used by one of said plurality of users.

56.     (New)The method according to claim 51, wherein said transmitting comprises a wireline connection between at least one of said wireless devices and said display screen.

57.     (New)The method according to claim 51, wherein said transmitting comprises a wireless connection between at least one of said wireless devices and said display screen.

58.     (New)The method according to claim 51, wherein said display screen comprises an input device,

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

said user inputs commands into said input device, and

said commands being relayed through said wireless device.

59.    (New)The method according to claim 51, further comprising:

controlling, by at least one of said plurality of users, said display screen at a

wireless input device.

60.    (New)The method according to claim 51, wherein said display screen

comprises an interactive multi-touch display screen, and further comprising:

using, responsive to an output from said interactive multi-touch display

screen, at least one input capability of said multi-touch display screen.

61.    (New)The method according to claim 51, wherein said transmitting,

under respective user control on respective wireless devices, transmits the

downloaded user information from said wireless devices to at least one display

screen and at least one speaker system.

62.    (New)      The method according to claim 61, wherein said

operating operates said at least one display screen and said at least one speaker

system from at least one of said wireless devices.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

63.    (New)      The method according to claim 61, wherein said responding responds to an output from said at least one display screen or said at least one speaker system by using input devices connected to the respective said wireless devices.

64.    (New)     A wireless device for facilitating user connectivity, comprising:

means for connecting a user of said wireless device to user information stored on a server in a communications network;

means for downloading said user information to said wireless device;

means for relaying the downloaded user information, at the control of said user, to a peripheral device, said peripheral device being connected to another device selected from the group consisting of a portable PC, tablet computer, desktop computer and media center; and

means for operating said peripheral device from said wireless device,

whereby said peripheral device is selected from the group consisting of a keyboard, a monitor, a mouse, speakers, a wireline hub, and combinations thereof.

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

65.    (New)   The wireless device according to claim 64, wherein the downloaded user information on said peripheral device creates an environment selected from the group consisting of a desktop computing environment, a media center environment, a portable PC computing environment, a tablet computer computing environment and combinations thereof.

66.    (New)  The wireless device according to claim 64, further comprising:

means for receiving, at said peripheral device, a wireless communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

67.    (New)    The wireless device according to claim 64, further comprising:

means for receiving, at said peripheral device, a wireline communication containing said downloaded user information transmitted from said wireless device; and

U.S. Patent Application Serial No. 11/898,912
Amendment dated  January 17, 2012
Reply to Office Action of August 16, 2011

means for employing, at said peripheral device, said downloaded user information.

68.     (New)   The wireless device according to claim 64, wherein said peripheral device comprises personal equipment of said user.

69.     (New)   The wireless device according to claim 64, wherein said peripheral device comprises personal equipment of a third party being used by said user.

70.     (New)   The wireless device according to claim 64, wherein said means for relaying comprises a wireline connection between said wireless device and said peripheral device.

71.     (New)   The wireless device according to claim 64, wherein said means for relaying comprises a wireless connection between said wireless device and said peripheral device.

72.     (New)   The wireless device according to claim 64, wherein said peripheral device comprises an input device, and

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

wherein said user inputs commands into said input device,

said commands being relayed through said wireless device.

73.     (New)   The wireless device according to claim 64, wherein said peripheral device is controlled by said user at a wireless input device.

74.     (New)     A wireless device for facilitating user connectivity, comprising:

means for connecting a user of said wireless device to user information stored on a server in a communications network;

means for downloading said user information to said wireless device;

means for relaying the downloaded user information, at the control of said user, to a peripheral device, said peripheral device being connected to a separate system; and

means for operating said peripheral device from said wireless device,

whereby the downloaded user information on said peripheral device creates an environment selected from the group consisting of a desktop computing environment, a media center environment, a portable PC computing environment, a tablet computer computing environment and combinations thereof.

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

75.    (New)    The wireless device according to claim 74, further comprising:

means for receiving, at said peripheral device, a wireless communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

76.    (New)    The wireless device according to claim 74, further comprising:

means for receiving, at said peripheral device, a wireline communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

77.    (New)   The wireless device according to claim 74, wherein said peripheral device comprises personal equipment of said user.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

78.     (New)   The wireless device according to claim 74, wherein said peripheral device comprises personal equipment of a third party being used by said user.

79.     (New)   The wireless device according to claim 74, wherein said means for relaying comprises a wireline connection between said wireless device and said peripheral device.

80.     (New)   The wireless device according to claim 74, wherein said means for relaying comprises a wireless connection between said wireless device and said peripheral device.

81.     (New)   The wireless device according to claim 74, wherein said peripheral device comprises an input device, and

wherein said user inputs commands into said input device,

said commands being relayed through said wireless device.

82.     (New)   The wireless device according to claim 74, wherein said peripheral device is controlled by said user at a wireless input device.

U.S. Patent Application Serial No. 11/898,912
Amendment dated January 17, 2012
Reply to Office Action of August 16, 2011

83.     (New)  The peripheral device control system according to claim 20, further comprising:

means for receiving, at said peripheral device, a wireless communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

84.     (New)  The peripheral device control system according to claim 20, further comprising:

means for receiving, at said peripheral device, a wireline communication containing said downloaded user information transmitted from said wireless device; and

means for employing, at said peripheral device, said downloaded user information.

85.     (New) The peripheral device control system according to claim 20, wherein said peripheral device comprises personal equipment of said user.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

86.      (New)  The peripheral device control system according to claim 20, wherein said peripheral device comprises personal equipment of a third party being used by said user.

87.      (New)  The peripheral device control system according to claim 20, wherein said means for relaying comprises a wireline connection between said wireless device and said peripheral device.

88.      (New)  The peripheral device control system according to claim 20, wherein said means for relaying comprises a wireless connection between said wireless device and said peripheral device.

89.      (New)  The peripheral device control system according to claim 20, wherein said peripheral device comprises an input device, and

   wherein said user inputs commands into said input device,

   said commands being relayed through said wireless device.

90.      (New)  The peripheral device control system according to claim 20, wherein said peripheral device is controlled by said user at a wireless input device.

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

91.     (New)  The peripheral device control system according to claim 20, wherein a plurality of users on a respective plurality of wireless devices download user information from said server to said plurality of wireless devices.

92.     (New)  The peripheral device control system according to claim 90, wherein, under respective user control on said respective wireless devices, downloaded user information is transmitted to said peripheral device.

93.     (New)  The peripheral device control system according to claim 90, wherein said peripheral device is operated from at least one of said wireless devices.

94.     (New)  The peripheral device control system according to claim 90, wherein, in response to an output from said peripheral device, input devices connected to the respective wireless devices are used.

95.     (New)  The peripheral device control system according to claim 90, wherein said peripheral device is selected from the group consisting of a display screen, a speaker system and combinations thereof.

U.S. Patent Application Serial No. 11/898,912

Amendment dated January 17, 2012

Reply to Office Action of August 16, 2011

## REMARKS

Claims 9-18, 20, 24 and 32-95 are pending, claims 1-8 canceled, claims 9, 10, 20 and 24 are amended, and new claims 32-95 are added. Applicant respectfully submits that no new matter has been added.

Applicant submits herewith a Substitute Specification with paragraph formatting. Applicant also notes a few typographical errors in the original Specification and corrects same herein, e.g., the terminal word in paragraph 6, changing reference numerals 422 and 423, respectively, to 442 and 443 in paragraphs 49 and 55 (to accord with the figures), and the proper use of the word "mouse" in paragraph 60. Applicant respectfully submits that no new matter has been introduced.

In the Official Action dated August 16, 2011, the Examiner indicated as allowable all of the features set forth in claims 19 and 21-31. Applicant respectfully submits that all of the new claims, i.e., claims 32-95 find full support in the allowable subject matter, as expressly indicated by the Examiner. Amended method claim 9, for example, includes allowed claim 23, new method claim 40 includes allowed claim 25, and new method claim 51 includes allowed claim 26. Amended device claim 10 includes allowed claim 19, new device claim 64 includes allowed claims 28-31, and new device claim 74 includes allowed claims 21, 22, 28 and 29. System claim 20 is amended to include allowed claims 21, 22, 28 and 29. Various dependent claims, i.e., claims 32-39, 41-50, 52-63, 65-73 and 75-95 are all based on original dependent claims and the aforementioned allowed features.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

Applicant thanks the Examiner for withdrawing all of the rejections set forth in the initial Office Action, i.e., withdrawing the 35 U.S.C. § 102(e) anticipation rejection of claims 9-18 and 20 over U.S. Patent Application Publication No. US2009/0197652 to Lundstrom et al. (hereinafter "Lundstrom"), and withdrawing the 35 U.S.C. § 103(a) obviousness rejection of claims 16 and 18 over Lundstrom in view of U.S. Patent Application Publication No. 2008/0192806 to Wyper et al. (hereinafter "Wyper").

As noted, in the Action, the Examiner noted that claims 19, 21-22 and 28-31 are allowable, subject to being rewritten in independent format.  Similarly, the Examiner also noted that claims 23-27 are allowable, subject to handling minor objections. In view of the indicated allowability of these claims over the art of record, the pending claims submitted herewith have been written to all contain allowable elements from allowed/allowable claims 19 and 21-31, as indicated by the Examiner, and should be allowed accordingly.

Turning to the instant Official Action, the Examiner noted some typographical errors in claims 17 and 23-27, particularly, the inadvertent usage of the term "compromising" for comprising.  Applicant has amended claims 17 and 24 accordingly. The other claims, all allowed, are canceled.

Applicant respectfully notes, however, that with the complete withdrawal of all rejections and references cited against the claims, and citation of a completely new prior art reference, the instant finality is inappropriate. Indeed, the only reason provided for such finality is that Applicant's "amendment necessitated the new ground(s) of rejection presented in the Office Action."  Applicant would appreciate

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

more detail in this reasoning, particularly in view of Applicant's efforts in the last response to clarify and not expand the claim coverage, efforts to cooperate with the Examiner, and evisceration of all prior rejections. Reconsideration and withdrawal of the finality are respectfully requested.

In the instant Office Action rejections, claims 9-18 and 20 now stand rejected under 35 U.S.C. § 102(b) as being anticipated by newly-cited and applied U.S. Patent Application Publication No. US2002/0054345 to Tomida et al. (hereinafter "Tomida").  Applicant respectfully traverses this rejection substantively and procedurally, as noted hereinabove and further hereinbelow.

The present invention is directed to an innovative approach to employ a cell phone or like PDA, through connectivity to the peripheral components of a desktop computer or electronic system, to create a media center controlled by the user through the cell phone – without the usage of the computing power of the peripherals' PC. With the cell phone as a connectivity conduit to remote user information, such as a song or movie, a cell phone or PDA user can control various constituent or peripheral parts of a PC (or other system such as a stereo or display) remotely.

In view of the amendments made to the claims, i.e., incorporating allowable claim language in independent claims 9, 10 and 20, Applicant considers that the instant rejection over Tomida is now moot.  Reconsideration and withdrawal of the § 102(b) rejection are respectfully requested.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

In any event, Tomida and art of this nature are neither anticipatory nor obvious over the instant invention, as claimed. Tomida is expressly directed to a traditional client/server model.  The "two step" process elaborated upon in Tomida involve first, the establishment of a connection between the portable device and the network, e.g., to register the data for download.  No other devices are involved in this communication. See, Tomida, paragraph 108. Once the data exchange is done pertaining to a particular peripheral device, the connection is then severed, and then in a second step a new connection is established between the network and the peripheral device, enabled by the portable device.  See, Tomida, paragraph 113.

At this stage, the portable device is but a mere tether, modem or conduit, and has zero control – the network server is running things directly.  Again, this is the traditional client/server relationship. The server instructs the peripheral device, such as a printer, what to print, with no input from intermediate conduit devices. Figures 5 and 7 in Tomida describe the first step and FIGURE 6 describes the second step of the tethering process.

Clearly, the Tomida two-step paradigm in no way anticipates the instant invention, which expressly involves and claims control of the peripheral device by the portable device, not at network control. The user of the portable device is in control.  Tomida and the like utterly fail to address this innovative aspect, rendering Tomida inapposite to the present invention, as claimed.  Tomida, encompassing the traditional paradigm of client/server device relationships, fails to suggest control by an intermediate user, such as in the claimed invention.

U.S. Patent Application Serial No. 11/898,912

Amendment dated  January 17, 2012

Reply to Office Action of August 16, 2011

Accordingly, Applicant respectfully submits that Tomida cannot render the instant claims obvious at least for the reasons stated herein.

Reconsideration and withdrawal of all of the aforementioned §102(b) rejections and claim objections are respectfully requested in view of the arguments and amendments presented herein.  Applicant respectfully submits that claims 9-18, 20 and 24, as previously presented, and new claims 32-95 are novel and nonobvious at least in view of the references cited herein and distinguishing arguments cited hereinabove, and in view of the indicated allowability.

In view of the above amendments and remarks, Applicant respectfully requests a Notice of Allowance.  If the Examiner believes a telephone conference or personal Interview would advance the prosecution of this application, the Examiner is invited to telephone the undersigned at the below-listed telephone number for an Interview, whether telephonic or personal.

Respectfully submitted,

Raymond Van Dyke
Van Dyke Law
Washington Square
P.O. Box 65302
1050 Connecticut Avenue NW
Washington, DC 20035
(202) 378-3903

Date: January 17, 2012          /raymond van dyke/_____
                                Raymond Van Dyke
                                Registration No. 34,746

**97110**
PATENT TRADEMARK OFFICE