Douglas Q. Hahn, California Bar No. 257559
email: dhahn@sycr.com
Salil Bali State Bar No. 263001
email: sbali@sycr.com
STRADLING YOCCA CARLSON & RAUTH, P.C.
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Telephone: (949) 725-4000
Fax: (949) 725-4100

Stefanie T. Scott, California Bar No. 264314
email: stefanie@scottshah.com
SCOTT SHAH LAW PLLC
600 Congress Ave., 14th Floor
Austin, Texas 78701
Telephone: (512) 596-5170

Victor G. Hardy (admitted *pro hac vice*)
email: vhardy@hpylegal.com
HARDY PARRISH YANG, LLP
Spicewood Business Center
4412 Spicewood Springs Rd., Suite 202
Austin, Texas 78759
Phone: (512) 520-9407

Attorneys for Plaintiff Sockeye Licensing TX LLC

Rachael D. Lamkin (246066)
Lamkin IP Defense
100 Pine St., Suite 1250
San Francisco, CA 94111
916.747.6091
RDL@LamkinIPDefense.com

Attorney for Defendant Lenovo (United States), Inc.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCKEYE LICENSING TX LLC,<br>    *Plaintiff*,<br><br>  v.<br><br>LENOVO (UNITED STATES), INC.,<br>    *Defendant*. | No. 2:17-cv-05266-JVS-DFM<br><br>**ORDER ON<br>JOINT STIPULATION OF DISMISSAL** |

-1-
JOINT STIPULATION OF DISMISSAL
No. 2:17-cv-05266--JVS-DFM

# JOINT STIPULTATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that the above-captioned action is dismissed with prejudice. It is further stipulated and agreed that each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

**SCOTT SHAH LAW PLLC**

DATED: August 21, 2018

By: /s/ Stefanie T. Scott
Stefanie T. Scott

*Attorneys for Plaintiff Sockeye Licensing TX LLC*

**LAMKIN IP DEFENSE**

By: /s/ Rachael D. Lamkin
Rachael D. Lamkin

*Attorneys for Defendant Lenovo (United States), Inc.*

SO ORDERED this 22nd day of August, 2018.

_____
HONORABLE JAMES V. SELNA

## CERTIFICATE OF SERVICE

I hereby certify that on this August 21, 2018, a true and accurate copy of the above and foregoing:

**JOINT STIPULATION OF DISMISSAL**

was filed with the District Court's CM/ECF system, which provides service to all counsel of record.

Dated: August 21, 2018

                        */s/Stefanie T. Scott*
                        Stefanie Scott